No. 98–8320. BERRY *v.* BERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8321. GARDNER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 98–8361. DUNN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8364. REYES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–8414. CHILDRESS *v.* APPALACHIAN POWER CO. C. A. 4th Cir. Certiorari denied.

No. 98–8428. MENDEZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8443. BOGART *v.* HARDMAN ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–8461. NELSON *v.* NEW YORK. County Ct., Monroe County, N. Y. Certiorari denied.

No. 98–8466. BURKE *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. App. Ct. Mass. Certiorari denied.

No. 93–8469. SMITH *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 93–8490. CHRISTS *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 98–8500. FUNDERBURK *v.* MANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8510. PEACOCK *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–8518. WILLIAMS *v.* SIZER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.